U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Cincinnati Insurance Company | FILED: AUGUST 22, 2008 |
| v. | 08CV4817 |
| American Standard Circuits, Inc., et al. | JUDGE DER-YEGHIAYAN |
| | MAGISTRATE JUDGE NOLAN |
| | BR |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CINCINNATI INSURANCE COMPANY

| NAME (Type or print) |
|---|
| Hope G. Nightingale |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Hope Nightingale |

| FIRM |
|---|
| Litchfield Cavo LLP |

| STREET ADDRESS |
|---|
| 303 West Madison Street, Suite 300 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6184864 | 312-781-6614 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |