# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Cincinnati Insurance Company<br>v.<br>American Standard Circuits, Inc., et al. | FILED: AUGUST 22, 2008<br>08CV4817<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE NOLAN<br>BR |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CINCINNATI INSURANCE COMPANY

| NAME (Type or print) |
|---|
| Bradford A. LeHew |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Bradford LeHew |

| FIRM |
|---|
| Litchfield Cavo LLP |

| STREET ADDRESS |
|---|
| 303 West Madison Street, Suite 300 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6280452 | 312-781-6680 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐