IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CINCINNATI INSURANCE CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN STANDARD CIRCUITS, INC.; ) <br> VIJAY PATEL; JOSE BENITEZ; and ) <br> JUAN REYES. ) <br> ) <br> Defendants. ) | FILED: AUGUST 22, 2008 <br> 08CV4817 <br> JUDGE DER-YEGHIAYAN <br> MAGISTRATE JUDGE NOLAN <br> BR |

## CINCINNATI INSURANCE COMPANY'S LOCAL RULE 3.2 STATEMENT

Pursuant to Local Rule 3.2 and Federal Rule of Civil Procedure 7.1, Cincinnati Insurance Company submits the following disclosures:

1. Pursuant to Local Rule 3.2, Cincinnati Financial Corporation is an "affiliate" of Cincinnati Insurance Company, as that term is defined in the Rule. There are no other affiliates.

2. Pursuant to Federal Rule of Civil Procedure 7.1(a), Cincinnati Financial Corporation owns more than 10% of the publicly held stock of Cincinnati Insurance Company. There are no other entities that own more than 10% of the publicly held stock.

LITCHFIELD CAVO, LLP

_____/s/ Hope G. Nightingale_____
Attorney for Cincinnati Insurance Company

Hope G. Nightingale (#6184864)
Bradford A. LeHew (#6280452)
LITCHFIELD CAVO LLP
303 W. Madison, Suite 300
312/781-6614 (Nightingale)
312/781-6680 (LeHew)
312/781-6630 (fax)